IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TALETHA D. WINSTON**                                              **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO.: 2:12cv61-KS-MTP**

**CITY OF LAUREL POLICE DEPARTMENT**                          **DEFENDANT**

**ORDER**

This matter came on this date to be heard upon the Report and Recommendation [3] of the United States Magistrate Judge entered herein on June 18, 2012, after referral by this Court. The Court, having fully reviewed same as well as the record in this matter, no objections having been filed, and being fully advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation be, and hereby is, adopted as the finding of this Court pursuant to 28 U.S.C. § 636(b)(1), and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [2] is **DENIED.**

**IT IS FURTHER ORDERED** that the Plaintiff pay the filing fee to the Clerk of the Court for the Southern District of Mississippi, Hattiesburg Division, United States Courthouse, 701 North Main Street, Suite 200, Hattiesburg, Mississippi 39401, within sixty (60) days from the date of the Report and Recommendation [3], that being by August 18, 2012. If the filing fee is paid by the Plaintiff or someone other than the Plaintiff, there must be a written explanation that the payment is submitted as the filing fee in this case, Civil Action Number 2:12cv61–KS–MTP, on behalf of the Plaintiff Taletha D. Winston.

**IT IS FURTHER ORDERED** that if the filing fee is not received by August 18, 2012, the above matter shall be dismissed without prejudice without further notice to the Plaintiff.

Plaintiff is warned that failure to serve the summons and complaint upon the Defendant City of Laurel Police Department within one hundred twenty (120) days of the payment of the filing fee may result in the dismissal of this suit.

**SO ORDERED AND ADJUDGED** on this, the 11th day of July, 2012.

> *s/ Keith Starrett*
> UNITED STATES DISTRICT JUDGE